UTILICORP UNITED, INC., Appellant,

v.

CHEATHAM PARTNERSHIP, Charles R. Barlow and Johnnie M. Barlow, Respondents.

No. WD 48838.

Missouri Court of Appeals, Western District.

March 21, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1995.

Application to Transfer Denied June 20, 1995.

Gary J. Brouillette, Kansas City, for appellant.

Robert G. Russell, Sedalia, for respondent Cheatham Partnership.

Robert E. Harris, Warrensburg, for respondents Charles R. Barlow and Johnnie M. Barlow.

Before KENNEDY, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from trial court's order dismissing condemnation exceptions for failure to prosecute.

Affirmed. Rule 84.16(b).

Tommy TURNBOW, Appellant,

v.

STATE of Missouri, Respondent.

No. 66675.

Missouri Court of Appeals, Eastern District, Division One.

March 28, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1995.

Application to Transfer Denied June 20, 1995.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

### ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find that the action of the motion court was not clearly erroneous. An opinion would have no precedential value.

We affirm pursuant to Rule 84.16(b).